The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KRISTINA CHINN,

    Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY, a foreign corporation; THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE PLAN; THE BOEING COMPANY NON-UNION LONG TERM DISABILITY PLAN; and EMPLOYEE BENEFIT PLANS COMMITTEE,

    Defendants.

Case No.: 2:18-CV-01839 RSL

**ORDER TO AMEND COMPLAINT**

**Clerk's Action Required**

BASED ON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that (1) Plaintiff shall file the Amended Complaint; and (2) Defendants shall file an Answer to the Amended Complaint, should it be deemed necessary.

IT IS FURTHER ORDERED that the Clerk of the Court shall amend the caption of the case to read: Kristina Chinn, Plaintiff, vs. Aetna Life Insurance Company, a foreign corporation; The Boeing Company Employee Health And Welfare Benefit Plan; Employee Benefit Plans Committee, Defendants.

DONE IN OPEN COURT this 2nd day of May 2019.

_____
Honorable Robert S. Lasnik

ORDER TO AMEND COMPLAINT – 1
File Number 204660

NELSON LANGER ENGLE PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
P: 206.623.7520  F: 206.622.7068