1
2
3
4
5
6        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8    _____
                                            )
9    KRISTINA CHINN,                        )
                                            )      Cause No. C18-1839RSL
                            Plaintiff,      )
10                                          )      AMENDED CASE MANAGEMENT
             v.                             )      ORDER
11                                          )
     AETNA LIFE INSURANCE COMPANY,          )
12   et al.,                                )
                                            )
13                          Defendants.     )
     _____)

14
         This matter comes before the Court on the parties' "Stipulated Motion to Set Rule 52
15
     Briefing Schedule." Dkt. # 25. In response to an inquiry from the Court, the parties have
16
     clarified that they do not intend to present witnesses or evidence at trial, instead relying on the
17
     administrative record. The parties have a mediation scheduled for the end of August, however,
18
     and would prefer to postpone any dispositive motion practice until after that date. Having
19
     reviewed the stipulation and other information submitted by the parties, the Court orders as
20
     follows:
21

22
     All motions related to discovery must be noted on the motion
23           calendar no later than the Friday before discovery
             closes pursuant to LCR 7(d) or LCR 37(a)(2)
24
     Discovery completed by                              August 4, 2019
25
     Settlement conference held no later than            September 3, 2019
26

     AMENDED CASE MANAGEMENT ORDER

| Plaintiff shall file a dispositive motion of no more than 24 pages by | November 8, 2019 |
| Defendants shall file a combined opposition and cross-motion for dispositive relief of no more than 48 pages by | November 22, 2019 |
| Plaintiffs shall file a combined reply and opposition of no more than 36 pages by | December 6, 2019 |
| Defendants shall file a reply of no more than 12 pages by | December 13, 2019 |

The cross-motions for dispositive relief shall be noted for consideration on the Court's calendar for December 13, 2019. All other dates are specified in the Local Civil Rules or have already passed. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES
AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

- Alteration to LCR 10(e)(9) -- Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This policy does **NOT** apply to the submission of trial exhibits.

- Alteration to Section III, Paragraph M -- Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

- Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

### PRIVACY POLICY

Parties are reminded that they must comply with the privacy requirements in Federal Rule of Civil Procedure 5.2 and LCR 5.2.

### COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

### SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds, at 206-370-8519, as soon as possible.  Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 30th day of July, 2019.

Robert S. Lasnik
United States District Judge